

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2019

No. 04-17-00645-CR

Gloria R. **PROO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757A
Honorable Ron Rangel, Judge Presiding

# **O R D E R**

Sitting:      Sandee Bryan Marion, Chief Justice
               Rebeca C. Martinez, Justice
               Irene Rios, Justice

The panel has considered the Appellant's Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court